JACK L. PIANTANIDA, PETITIONER-PETITIONER, v. RUSSELL BENNETT, RESPONDENT-RESPONDENT.

*Messrs. Patterson & Cooper* for the petitioner.

*Mr. Raymond L. Cunneen* for the respondent.

September 20, 1954.   Granted.

THOMAS VALENTINE, PETITIONER-RESPONDENT, v. ELIZABETH SIMONELLI, RESPONDENT-PETITIONER.

*Messrs. Cunneen & Bach* for the petitioner.

*Miss Elsie Rand* for the respondent.

September 20, 1954.   Denied.